IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALTER E. CLARK, III, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 3:23-cv-00095 |
| ELECTRIC POWER BOARD OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY d/b/a NASHVILLE ELECTRIC SERVICE | ) Judge Aleta A. Trauger ) Jury Demanded |
| Defendant. | ) |

**NOTICE OF SERVICE OF DEFENDANT'S RULE 26 INITIAL DISCLOSURES**

On May 26, 2023, Defendant Electric Power Board of Metropolitan Nashville and Davidson County, using the service name Nashville Electric Service served Defendant's initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure on Plaintiff in this matter.

Respectfully submitted this 26th day of May, 2023.

          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   */s/William A. Blue, Jr.*
      William A. Blue, Jr. TN BPR No. 010378
      zblue@constangy.com
      CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
      750 Old Hickory Boulevard
      Suite 2-260
      Brentwood, TN 37027
      PH: 615.340.3800
      *Counsel for Defendant*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this NOTICE OF SERVICE OF DEFENDANT'S RULE 26 INITIAL DISCLOSURES has been furnished to the below individuals via the Court's electronic filing system and/or via email to the following on May 26th, 2023.

Ashley L. Upkins, Esq. (#33598)
The Cochran Firm – Nashville, LLC
1720 West End Avenue, Suite 320
Nashville, TN 37203
(615) 678-6278
aupkins@cochranfirmnashville.com
*Attorney for Plaintiff*


Brian Christopher Winfrey (#025766)
The Winfrey Firm/Morgan & Morgan
2021 Richard Jones Rd, Ste 310A
Nashville, TN 37215
(615) 601-1276
brian@thewinfreyfirm.com
*Attorney for Plaintiff*

                                                            *s/William A. Blue, Jr.*
                                                            William A. Blue