IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALTER E. CLARK, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELECTRIC POWER BOARD OF ) <br> METROPOLITAN NASHVILLE AND ) <br> DAVIDSON COUNTY d/b/a NASHVILLE ) <br> ELECTRIC SERVICE, ) <br> ) <br> Defendant. ) | Civil Action No. 3:23-cv-00095 |

**JOINT MOTION TO EXTEND DEADLINE TO CONDUCT
FACT WITNESS DEPOSITIONS**

Plaintiff Walter Clark ("Plaintiff") and Defendant Electric Power Board of Metropolitan Nashville and Davidson County d/b/a Nashville Electric Service ("Defendant") jointly move this Court for an Order amending the Case Management Order to extend the deadline to conduct fact witness depositions until February 9, 2024 and state as follows:

1. The current deadline to complete all discovery is December 15, 2023.

2. The Parties have engaged in written discovery.

3. The Parties have cooperated in attempting to schedule the depositions of fact witnesses but due to conflicts will not be able to conduct all depositions of fact witnesses by the current deadline.

4. The Parties have conferred through their counsel and anticipate all depositions of fact witnesses can be concluded by February 9, 2023.

5. Extending the current deadline to conduct the depositions of fact witnesses will not impact any other deadlines in included in the current Case Management Order, including but not

limited to the March 29, 2024 deadline to file dispositive motions, or the trial of this matter scheduled to begin on August 27, 2024.

WHEREFORE, the Parties respectfully request that the Court enter an Order modifying the current Case Management Order to extend the deadline for the Parties to conduct the depositions of fact witnesses until February 9, 2024.

Respectfully submitted this 17th day of November, 2023.

/s/ Mary Dohner-Smith
Mary Dohner-Smith TN BPR No. 21451
mdohner@constangy.com
William A. Blue, Jr. TN BPR No. 010378
zblue@constangy.com
Jacob A. Freeland TN BPR No. 039696
jfreeland@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
750 Old Hickory Boulevard
Suite 2-260
Brentwood, TN 37027
PH: 615.340.3800
*Counsel for Defendant*

/s/Ashely L. Upkins/by permission MDS
Ashley L. Upkins, Esq. (#33598)
The Cochran Firm – Nashville, LLC
1720 West End Avenue, Suite 320
Nashville, TN 37203
(615) 678-6278
aupkins@cochranfirmnashville.com

Brian Christopher Winfrey (#025766)
The Winfrey Firm/Morgan & Morgan
2021 Richard Jones Rd, Ste 310A
Nashville, TN 37215
(615) 601 1276
brian@thewinfreyfirm.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on the 17th day of November, 2023, a copy of the foregoing document **JOINT MOTION TO EXTEND DEADLINE TO CONDUCT FACT WITNESS DEPOSITIONS** was furnished to the below individuals via the court's electronic filing system and or/ electronic mail.

Ashley L. Upkins, Esq. (#33598)
The Cochran Firm – Nashville, LLC
1720 West End Avenue, Suite 320
Nashville, Tennessee 37203
*Attorney for Plaintiff*

Brian Christopher Winfrey (#025766)
The Winfrey Firm/Morgan & Morgan
2021 Richard Jones Rd, Ste 310A
Nashville, TN 37215
*Attorney for Plaintiff*

/s/ Mary Dohner-Smith
Mary Dohner-Smith TN BPR No. 21451
mdohner@constangy.com
*Counsel for Defendant*