IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WALTER E. CLARK III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:23-cv-00095 |
| | ) | Judge Trauger |
| ELECTRIC POWER BOARD OF | ) | |
| METROPOLITAN NASHVILLE AND | ) | |
| DAVIDSON COUNTY doing business as | ) | |
| Nashville Electric Service, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by March 15, 2024.

The jury trial set for August 27, 2024 and the pretrial conference set for August 23, 2024 are **CANCELLED.**

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge